FILED
JUL -1 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:20 CR 346 |
| v. ) | Title 18, United States Code, |
| ) | Sections 844(i) and 2 |
| TIMOTHY GOODNER, ) | |
| Defendant. ) | JUDGE BARKER |

COUNT 1
(Arson, 18 U.S.C. § 844(i) and 2)

The Grand Jury charges:

On or about May 30, 2020, in the Northern District of Ohio, the defendant TIMOTHY GOODNER, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive material, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: the parking attendant booth and its contents located at 1242 West 3rd Street, Cleveland, Ohio, in violation of Title 18, United States Code, Section 844(i) and (2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.