**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:20-cr-00346 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| | **ORDER** |
| **TIMOTHY GOODNER,** | |
| **Defendant.** | |

This matter is before the Court on Defendant's Unopposed Motion to Continue the trial and all dates and deadlines contained in the Court's Pretrial Order for 60 days. Defendant's counsel represents that additional time is needed to meet with Mr. Goodner to continue plea negotiations and to see if an agreement can be reached.

On June 7, 2021, the Court issued Amended General Order No. 2020-08-8 In Re: CORONAVIRUS (COVID-19) PHASED-IN RECOVERY PLAN, which reads in part as follows.

This Court previously issued General Order No. 2020-05, Amended General Order No. 2020-05-1, and Amended General Order No. 2020-05-2 In Re: CORONAVIRUS (COVID-19) PUBLIC EMERGENCY. These Orders were in response to the exponential spread of COVID-19 and the declaring of a public emergency by the President of the United States and the Governor of the State of Ohio.

The Centers for Disease Control and Prevention and other public health authorities had advised the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease, including the implementation of multi-phase business recovery plans to gradually resume operations. In response, the Court issued General Order No. 2020-08, Amended General Order No. 2020-08-1, Amended General Order No. 2020-08-2, Amended General Order

No. 2020-08-3, Amended General Order No. 2020-08-4, Amended General Order No. 2020-08-5, Amended General Order No. 2020-08-6, and Amended General Order No. 2020-08-7 In Re: CORONAVIRUS (COVID-19) PHASED-IN RECOVERY PLAN.

The Court's recovery plan continues to follow a multi-phase approach. The pace and progression of recovery through each phase are based on health and business recovery guidance from the Centers for Disease Control (CDC), the Administrative Office of the United States Courts, and the State of Ohio.

NOW, THEREFORE, based on the CDC's recently issued COVID-19 guidance and the updated guidance from the Administrative Office of the United States Courts, this Court has determined to modify certain precautions and restrictions while taking into consideration a number of factors, including the Ohio vaccination rate. The Court will continue to take an incremental approach in assuring the protection of court personnel, counsel, litigants, jurors, and the public. Accordingly, the United States District Court for the Northern District of Ohio hereby issues the following Order:

***

CRIMINAL CASES:

Jury trials will proceed under the following conditions: 1) only one jury trial at a time, civil or criminal, will be conducted in each courthouse, except for the Carl B. Stokes U.S. Court House, where no more than three jury trials may be conducted at a time; and 2) each jury trial will be scheduled for no more than five trial days, unless otherwise agreed to by the judges who serve in that particular courthouse.

This General Order supersedes Amended General Order No. 2020-08-7 which is hereby vacated. The Court will regularly review this Amended General Order No. 2020-08-8.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

**IT IS SO ORDERED.**

                                                                                                   *s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

Date:  July 22, 2021