IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR346 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY GOODNER, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS INDICTMENT AND |
| Defendant. | ) | SUPPLEMENTAL INFORMATION |
| | | WITHOUT PREJUDICE |

Now comes the United States of America, through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Kelly L. Galvin, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Kelly L. Galvin
Kelly L. Galvin (OH: 0062585)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3731
(216) 522-7358 (facsimile)
Kelly.L.Galvin@usdoj.gov